IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA I. RODRIGUEZ-TORRES,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL NO. 12-1958 (CVR)

**OPINION AND ORDER**

    Plaintiff Rosa I. Rodríguez-Torres (hereafter "Plaintiff" or "Rodríguez-Torres") filed this complaint seeking review of a final decision of the Commissioner of Social Security (hereafter "Commissioner") which denied her application for disability. (Docket No. 2).

    On December 5, 2013, the Commissioner requested the decision, which found that Plaintiff was not disabled, be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Docket No. 17). The Commissioner submits he is seeking remand to (I) obtain the missing treatment notes from Dr. Manuel Brignoni (Plaintiff's treating psychiatrist); (ii) request that Dr. Pedro A. Berrios Ortiz (Plaintiff's primary care physician) explain his treatment notes and provide any diagnostic or examination findings contained therein; (iii) reassess Plaintiff's Residual Functional Capacity; and (iv) further address whether Rodríguez-Torres is able to communicate in English.  Id. at p. 4.

    Accordingly, this case is remanded to the Social Security Administration's Office of Disability Adjudication and Review for further proceedings including, but not limited to, obtain the missing treatment notes from Dr. Brignoni; request that Dr. Berrios-Ortiz

Rosa I. Rodríguez-Torres v. Commissioner of Social Security
Civil No. 12-1958 (CVR)
Opinion and Order
Page 2

explain his treatment notes and provide any diagnostic or examination findings contained therein; reassess Plaintiff's Residual Functional Capacity; and further address whether Rodríguez-Torres is able to communicate in English.

Therefore, this United States Magistrate Judge orders judgment be entered remanding the case to the Commissioner of Social Security.

## CONCLUSION

In view of the foregoing, the Commissioner's Motion for Reversal and Remand (Docket No. 17) is GRANTED. This case is remanded to the Commissioner for further administrative action.

Judgment is to be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 11th day of December of 2013.

                                              S/CAMILLE L. VELEZ-RIVE
                                              CAMILLE L. VELEZ RIVE
                                              UNITED STATES MAGISTRATE JUDGE